# United States Court of Appeals
## For the First Circuit

Nos. 23-1585
    24-1325

UNITED STATES,

Appellee,

v.

HAOYANG YU,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on December 11, 2025, is amended as follows:

On page 15, line 6, omit the first instance of "with"

On page 19, line 10, add a footnote after the sentence ending in "tapeouts." which states: "Tapeout" refers to a design and transmission process where chip designers send GDS files to a manufacturing company.  The manufacturer then creates "mask" plates that are employed in photolithography to transfer the chip design onto a thin "wafer" which holds multiple copies of the finished chip.  Tapeouts are so named because they used to be performed on a large tape.